UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
MARK TOPLEY,                              :
                                          :
         Plaintiff,                 :   CASE NO.: 1:19-CV-9630-RA
                                          :
   -against-                             :
                                          :
SEMGROUP CORPORATION, CARLIN G.           :
CONNER, THOMAS R. MCDANIEL, KARL          :
F. KURZ, RONALD A. BALLSCHMIEDE,          :
JAMES H. LYTAL, SARAH M. BARPOULIS,       :
AND WILLIAN J. MCADAM.                    :
                                          :
         Defendants.                :
                                          :
----------------------------------------- X

## NOTICE OF DISMISSAL

    Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 3, 2019                           Respectfully Submitted,

**OF COUNSEL:**                                  **MONTEVERDE & ASSOCIATES PC**

**ADEMI & O'REILLY, LLP**                /s/ Juan E. Monteverde
Guri Ademi                                     Juan E. Monteverde
Jesse Fruchter                                The Empire State Building
3620 East Layton Avenue              350 Fifth Avenue, Suite 4405
Cudahy, Wisconsin 53110              New York, New York 10118
Tel: (414) 482-8000                         Tel: 212-971-1341
Fax: (414) 482-8001                        Fax: 212-202-7880
Email: gademi@ademilaw.com
         jfruchter@ademilaw.com        *Attorney for Plaintiff*

*Attorneys for Plaintiff*